**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| THOMAS WAYNE EVENSTAD, | Civil No. 17-4067 (JRT/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF WEST SAINT PAUL, et al, | |
| Defendants. | |

---

Peter J. Nickitas, 431 South Seventh Street, Suite 2446, Minneapolis, MN 55415, for plaintiff.

Clifford M. Greene, **GREENE ESPEL PLLP,** 222 South Ninth Street, Suite 2200, Minneapolis, MN 55402, for defendants.

A Report and Recommendation was filed by Magistrate Judge David T. Schultz on September 21, 2017. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that defendants David Meisinger, John Bellows, Anthony Fernandez, Ed Lago, Dave Napier, Bob Pace, Dick Vitelli and Chantel Doriott are **DISMISSED WITHOUT PREJUDICE** from this litigation pursuant to 28 U.S.C. § 1915(e)(2)(B).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 10, 2017
at Minneapolis, Minnesota

                                              s/John R. Tunheim_____
                                              JOHN R. TUNHEIM
                                              Chief Judge
                                              United States District Court